IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

C.R., MOTHER OF A.J.C.,
K.G.C., A.R.R.R, AND W.I.L.R.,
CHILDREN,

      Appellant,

 v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

_____/

Case No.  5D22-1340
LT Case No. 2020-DP-73

Decision filed December 1, 2022

Appeal from the Circuit Court
for Lake County,
Cary Frank Rada, Judge.

Joseph Anthony Manzo, Largo,
for Appellant.

Rachel Batten, of Children's Legal
Services, Brooksville, and Stephanie
C. Zimmerman, Deputy Director &
Statewide Director of Appeals, of
Children's Legal Services, Bradenton,
for Appellee.

Sara Elizabeth Goldfarb, Statewide
Director of Appeals, and Amanda
Victoria Glass, Senior Attorney, of
Statewide Guardian ad Litem
Office, Tallahassee, for Guardian
ad Litem.


PER CURIAM.

   AFFIRMED.


EVANDER, WALLIS and HARRIS, JJ., concur.